UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CARRIE FAUSEL,                                    :

                Plaintiff,                        :

         -against-                          :

THE STOP & SHOP SUPERMARKET            :
COMPANY, LLC,
                         :

             Defendant.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/9/08

08 Civ. 3424 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

        In this diversity "slip and fall" case, plaintiff lives in White Plains and alleges she was injured at defendant Stop & Shop's store in White Plains. Accordingly, the Clerk of Court is directed to reassign this case to a District Judge and Magistrate Judge in White Plains, pursuant to Rules 21-22 of the S.D.N.Y. "Rules for the Division of Business Among District Judges."

        SO ORDERED.

Dated:      New York, New York
           May 9, 2008

                               **Andrew J. Peck**
                          United States Magistrate Judge

Copies to:    Katherine Gavin Hall, Esq. (Fax & ECF)
             Dorothy Guranich, Clerk's Office
             Judge Barbara S. Jones

C:\OPIN\