%AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE JONES

## UNITED STATES DISTRICT COURT

Southern District of New York

Carrie Fausel

**SUMMONS IN A CIVIL ACTION**

V.

The Stop & Shop Supermarket Company, LLC

CASE NUMBER:

08 CV 03424

TO: (Name and address of Defendant)

The Stop & Shop Supermarket Company
1385 Hancock Street
Quincy, Massachusetts 02169
Norfolk County

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bailly and McMillan, LLP
244 Westchester Avenue
Suite 410
White Plains, New York 10604

an answer to the complaint which is served on you with this summons, within ___Thirty (30)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

APR 08 2008

DATE

 

# The Commonwealth of Massachusetts
## County of Norfolk
### SHERIFF'S DEPARTMENT
Division of Civil Process

2015 Washington Street
P.O. Box 859215
Braintree, MA 02185-9215
Tel. (781) 326-1787 • Fax (781) 326-0288

**Michael G. Bellotti**
Sheriff

**Jeffrey J. Nourse**
Deputy Superintendent

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

June 16, 2008

I hereby certify and return that on 6/16/2008 at 12:30PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Linda DelGrecco, Legal Assist., person in charge at the time of service for The Stop & Shop Supermarket Company LLC, at 1385 Hancock Street, Quincy, MA 02169. Out of State Fee ($75.00) Total Charges $75.00

Deputy Sheriff Ronald Goguen

*Deputy Sheriff*

Signed this 16th day of June 2008

Noelle E. Nee
Notary Public
Commonwealth of Massachusetts
My Commission Expires: May 7, 2010

Visit us at www.norfolkcivil.com

SERVING THE COMMUNITIES OF: AVON, BELLINGHAM, BRAINTREE, BROOKLINE, CANTON, COHASSET, DEDHAM, DOVER, FOXBOROUGH, FRANKLIN, HOLBROOK, MEDFIELD, MEDWAY, MILLIS, MILTON, NEEDHAM, NORFOLK, NORWOOD, PLAINVILLE, QUINCY, RANDOLPH, SHARON, STOUGHTON, WALPOLE, WELLESLEY, WESTWOOD, WEYMOUTH, WRENTHAM

PRINTED ON RECYCLED PAPER

◎ AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  *Date*                 *Signature of Server*

                                    _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure