## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF NEW YORK)

      I, **GRACE ANDINO**, being sworn, say that I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York.

      On **July 22, 2008**, I served the within **CERTIFICATION PURSUANT TO PART 130, ANSWER TO COMPLAINT, JURY DEMAND, STATEMENT PURSUANT TO RULE 7.1, DEFENDANT'S FIRST DEMAND FOR INTERROGATORIES, DEMAND FOR COLLATERAL SOURCE INFORMATION, DEMAND FOR EXPERT WITNESS INFORMATION, NOTICE DECLINING SERVICE VIA FACSIMILE, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, NOTICE FOR DISCOVERY AND INSPECTION and DEMAND FOR MEDICALS** upon:

BAILLY & McMILLAN, LLP
Attorneys for the Plaintiff
**CARRIE FAUSEL**
244 Westchester Avenue
White Plains, New York 10604-2919
(914)684-9100

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State, addressed to each of the following persons at the last known address as set forth after each name:

                                                      GRACE ANDINO

Sworn to Before Me This
22nd day of July, 2008.

NOTARY PUBLIC

Anna DiMaggio
Notary Public, State of New York
No. 01DI5074216
Qualified in Kings County
Commission Expires March 10, 2011