UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Carrie Fausel

                    Plaintiff,

                                              08 CIVIL 03424 (   )
          -against-

The Stop & Shop Supermarket
Company, LLC.          Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____ Erin D. Roach, Esq. _____

☐   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       ER8244

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From:   Callan Koster Brady & Brennan, LLP

    To:     Ahmuty Demers McManus

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my
    appearance was entered on _____ by Judge _____
    _____.

☐   *Address:*          123 William Street  New york New York 10038

☐   *Telephone Number:*   646 536 5737

☐   *Fax Number:*         212 349 3257

☐   *E-Mail Address:*          erin.roach@admlaw.com

Dated: July 28, 2008          _____